**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

NOAH THOMAS, individually and on )
behalf of all other similarly situated )
                    )
        Plaintiff(s), )
        vs. )
CONCEALED CARRY, INC. )
                    )
                    )
        Defendant(s). )
                    )

Case # 2:24-cv-01062-JAD-MDC

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

[ECF No. 27]

_____Tori L. Guidry_____, Petitioner, respectfully represents to the Court:
        (name of petitioner)

   1.    That Petitioner is an attorney at law and a member of the law firm of

_____Troutman Amin, LLP_____
                        (firm name)

with offices at _____400 Spectrum Center, Suite 1550_____,
                          (street address)

___Irvine___, ___California___, ___92618___,
 (city)           (state)         (zip code)

___(985) 688-3307___, ___tori@troutmanamin.com___.
(area code + telephone number)    (Email address)

   2.    That Petitioner has been retained personally or as a member of the law firm by

___Concealed Carry, Inc.___ to provide legal representation in connection with
     [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.   That since ___Oct. 19, 2017___, Petitioner has been and presently is a
                              (date)
member in good standing of the bar of the highest Court of the State of _Louisiana_
                                                                         (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.   That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC - Eastern District of Louisiana | Oct. 31, 2022 | 37704 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.   That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> None

7.      That Petitioner is a member of good standing in the following Bar Associations.

> Louisiana State Bar Association

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.      Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.      Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1   That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2   FOR THE PURPOSES OF THIS CASE ONLY.

3

4
    _____
                                    Petitioner's signature

5   STATE OF California_____ )

6   COUNTY OF _____Orange_____ )

7   _____Tori L. Guidry_____, Petitioner, being first duly sworn, deposes and says:

8   That the foregoing statements are true.

9
    _____
                                    Petitioner's signature

10  Subscribed and sworn to before me this

11

12  _16_ day of _August_____, _2024_.

13  _____        SEE CALIFORNIA
             Notary Public or Clerk of Court     JURAT ATTACHED

14                                      DATE 08/16 INITL _____
                                             2024

15

16          **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**

17          **THE BAR OF THIS COURT AND CONSENT THERETO.**

18  Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

    believes it to be in the best interests of the client(s) to designate _____Michael Brooks_____,

19                                                              (name of local counsel)

20  Attorney at Law, member of the State of Nevada and previously admitted to practice before the

21  above-entitled Court as associate resident counsel in this action.  The address and email address of

    said designated Nevada counsel is:

22

23  _____10080 W. Alta Drive, Suite 200_____,
                              (street address)

24
    _____Las Vegas_____, _____Nevada_____, _____89145_____,
25        (city)                  (state)              (zip code)

26  _____(702)385-2500_____, _____mbrooks@hutchlegal.com_____.
       (area code + telephone number)        (Email address)

27

28                                      4

                                                          Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

agreement and authorization for the designated resident admitted counsel to sign stipulations

binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Michael Brooks_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_Melina Pellichino_
(party's signature)

_Melissa Pellichino, VP of Operations_
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/Michael Brooks
Designated Resident Nevada Counsel's signature

7287                          mbrooks@hutchlegal.com
Bar number                   Email address

APPROVED:

Dated: this _3rd_ day of ____September____, 20_24_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16