Matthew I. Knepper, Esq.
Nevada Bar No. 12796
KNEPPER LITIGATION, LLC
5502 S. Fort Apache Rd., Suite 200
Las Vegas, NV 89148-7700
Phone: (702) 660-4228
Email: matt@knepperlitigation.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NOAH THOMAS individually and on behalf of all others similarly situated, | CASE NO: 2:24-cv-01062-JAD-MDC |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE & ORDER** |
| v. | |
| CONCEALED COALITION, INC. | ECF No. 38 |
| Defendant. | |

NOW COMES the Plaintiff, Noah Thomas, and Defendant, Concealed Coalition, Inc., by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a), who hereby stipulate and agree to the dismissal with prejudice of Plaintiff's individual claims against Defendant. Each party shall bear its own respective costs and attorneys' fees.

Dated: September 25, 2024

Respectfully submitted,

| Respectfully submitted, | **TROUTMAN AMIN, LLP** |
|---|---|
| /s/ *Mathew Knepper* | /s/ *Puja J. Amin* |
| Matthew I. Knepper, Esq. | Eric J. Troutman |
| Nevada Bar No. 12796 | California Bar No. 229263 |
| KNEPPER LITIGATION, LLC | Puja J. Amin |
| 5502 S. Fort Apache Rd., Suite 200 | California Bar No. 299547 |
| Las Vegas, NV 89148-7700 | TROUTMAN AMIN, LLP |
| Phone: (702) 660-4228 | 400 Spectrum Center Drive, Suite 1550 |
| Email: matt@knepperlitigation.com | Irvine, California 92618 |
|  | Telephone: (949) 350-3663 |
|  | Facsimile: (214) 758-1550 |
| /s/ *Michael Eisenband* | Attorneys for Defendant |
| Michael Eisenband, Esq. |  |
| Florida Bar No. 94235 |  |
| EISENBAND LAW P.A. |  |
| 515 E. Las Olas Boulevard, Suite 120 |  |
| Ft. Lauderdale, Florida 33301 |  |
| Email: MEisenband@Eisenbandlaw.com |  |
| Telephone: (954) 533-4092 |  |
| Pro Hac Vice |  |
|  |  |
| *Counsel for Plaintiff and the Class* |  |

## ORDER

Based on the parties' stipulation **[ECF No. 38]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 13, 2025